MAY 18, 1998

No. D–1846. IN RE DISBARMENT OF JACKSON. Disbarment entered. [For earlier order herein, see 521 U. S. 1148.]

No. D–1872. IN RE DISBARMENT OF MANNS. Disbarment entered. [For earlier order herein, see 522 U. S. 979.]

No. D–1911. IN RE DISBARMENT OF HOUSTON. Disbarment entered. [For earlier order herein, see 522 U. S. 1104.]

No. D–1912. IN RE DISBARMENT OF GUPTON. Disbarment entered. [For earlier order herein, see 522 U. S. 1104.]

No. D–1915. IN RE DISBARMENT OF SPEERS. Disbarment entered. [For earlier order herein, see 522 U. S. 1104.]

No. D–1918. IN RE DISBARMENT OF BOULDIN. Disbarment entered. [For earlier order herein, see 522 U. S. 1145.]